# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LINDSEY SIMMS, *on behalf of herself and all others similarly situated*,<br><br>　　Plaintiff,<br><br>v.<br><br>O'CHARLEY'S LLC,<br><br>　　Defendant. | Case No: _____<br><br>Removed from the State Court of Cobb County, Georgia, Civil Action File No. 23-A-420 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 and Fed. R. Civ. P. 81(c), Defendant O'Charley's LLC ("O'Charley's") hereby removes this action from the State Court of Cobb County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division.  Removal is appropriate because it is timely and Plaintiff Lindsey Simms ("Plaintiff") asserts claims arising under federal law.  In support of removal, O'Charley's states as follows:

### I.　BACKGROUND

1.　On January 31, 2023, Plaintiff commenced a civil action in the State Court of Cobb County, Georgia by filing a Complaint captioned *Lindsey Simms, on*

1

*behalf of herself and all others similarly situated v. O'Charley's LLC*, Civil Action File No. 23-A-420 (the "State Court Action").

2. Defendant O'Charley's was served with the Summons and Complaint in the State Court Action on February 10, 2023. Attached as **Exhibit A** and incorporated by reference are true and correct copies of all pleadings and papers filed in this action in the State Court Action. O'Charley's knows of no other pleadings or papers that have been served or filed in the State Court Action.

3. This action arises out of Plaintiff's contention that after making purchases at an O'Charley's restaurant on two separate occasions, Plaintiff was given a computer-generated receipt that disclosed more than the last five digits of Plaintiff's credit card number. *See* **Exhibit A**, Compl., ¶¶ 30–31.

4. Plaintiff pleads one cause of action against O'Charley's for violation of 15 U.S.C. § 1681(c)(g). *See* Exhibit A, Compl. ¶¶ 58–67.

5. Plaintiff seeks class certification, an award of statutory damages, and an award of attorneys' fees and expenses, in addition to any other relief the Court deems just.

## II. JURISDICTION AND VENUE

6. 28 U.S.C. § 1331 provides that District Courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

7. There is jurisdiction over this removed action pursuant to 28 U.S.C. § 1441 because this action could have been originally filed in this Court under 28 U.S.C. § 1331. Specifically, this Court has jurisdiction over this action because Plaintiff's lone cause of action, which alleges violations of 15 U.S.C. § 1681(c)(g), arises under federal law. *See* Compl., ¶¶ 58–67.

8. Venue is proper in this Court under 28 U.S.C. §§ 90(a)(2), 1441(a), and 1446(a) because Cobb County, the county where the State Court Action was filed, falls within the United States District Court for the Northern District of Georgia, Atlanta Division. *See* 28 U.S.C. § 90(a)(2).

## III. PROCEDURAL REQUIREMENTS FOR REMOVAL

9. This Notice of Removal is timely because it was filed within thirty days after February 10, 2023, the date O'Charley's was served with Plaintiff's Complaint. *See* 28 U.S.C. § 1446(b)(2).

10. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders in the State Court Action are attached hereto as **Exhibit A**.

4868-8594-1587 v.2 016761/01504, 10:48 AM, 03/13/2023

11.     O'Charley's will file a copy of this Notice of Removal with the Clerk of the State Court of Cobb County, Georgia, the state court in which this action is currently pending, as required by 28 U.S.C. § 1446(d). A copy of this Notice of Removal is also being served upon Plaintiff's counsel as further required by 28 U.S.C. § 1446(d).

12.     O'Charley's has not answered or moved in response to the Complaint. By filing this Notice of Removal, O'Charley's does not waive any defense that may be available to it and expressly reserves all such defenses.  If any question arises as to the propriety of the removal to this Court, O'Charley's requests the opportunity to present a brief and oral argument in support of its position that this case has been properly removed.

### IV.     CONCLUSION

Defendant O'Charley's, LLC respectfully gives notice that the case captioned *Lindsey Simms, on behalf of herself and all others similarly situated v. O'Charley's LLC*, Civil Action File No. 23-A-420, currently pending in the State Court of Cobb County, Georgia, is removed to the United States District Court for the Northern District of Georgia, Atlanta Division.  This Court has jurisdiction pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441 because Plaintiff's lone cause of action arises under federal law.

4868-8594-1587 v.2 016761/01504, 10:48 AM, 03/13/2023

WHEREFORE, O'Charley's respectfully requests that this Court assume jurisdiction over this matter and that no further proceedings be held in the State Court of Cobb County, Georgia.

Respectfully submitted, this 13th day of March 2023.

>    */s/ Gregory M. O'Neil*
>    Gregory M. O'Neil
>    Georgia Bar No. 128871
>
>    *Counsel for Defendant O'Charley's, LLC.*

NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street NW, Suite 1700
Atlanta, Georgia 30363
Tel:  404-322-6000
Fax:  404-322-6050
greg.oneil@nelsonmullins.com

4868-8594-1587 v.2 016761/01504, 10:48 AM, 03/13/2023

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1D**

Pursuant to LR 7.1D, counsel for Defendant certifies that the foregoing document has been prepared in Times New Roman 14-point font, one of the fonts approved in LR 5.1(B).

This 13th day of March 2023.

>*/s/ Gregory M. O'Neil*
>Gregory M. O'Neil
>Georgia Bar No. 128871
>
>*Counsel for Defendant O'Charley's, LLC.*

NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street NW, Suite 1700
Atlanta, Georgia 30363
Tel:  404-322-6000
Fax:  404-322-6050
greg.oneil@nelsonmullins.com

4868-8594-1587 v.2 016761/01504, 10:48 AM, 03/13/2023

## **CERTIFICATE OF SERVICE**

I Gregory M. O'Neil, hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM-ECF System. I further certify that I have served a copy of the within and foregoing by depositing a true and correct copy of in the United States mail, with adequate postage pre-paid, to the following counsel of record:

Kris Skaar
Justin Holcombe
Skaar & Feagle LLP
133 Miramont Lake Drive
Woodstock, GA 30189
kskaar@skaarandfeagle.com
jholcombe@skaarandfeagle.com

Keith J. Keogh, Esq.
Michael S. Hilicki, Esq.
Keogh Law, Ltd.
55 W. Monroe, Ste. 3390
Chicago, IL 60603
Keith@Keoghlaw.com
MHilicki@Keoghlaw.com

/s/ Gregory M. O'Neil
Gregory M. O'Neil
Georgia Bar No. 128871

*Counsel for Defendant O'Charley's, LLC.*

NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street NW, Suite 1700
Atlanta, Georgia 30363
Tel: 404-322-6000
Fax: 404-322-6050
greg.oneil@nelsonmullins.com

4868-8594-1587 v.2 016761/01504, 10:48 AM, 03/13/2023